IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:09-CV-72-D

| | | |
|---|---|---|
| YOUNG BOK SONG, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | **ORDER** |
| JAMES WELCH, MICHAEL FITZGERALD, and ROBERTO RIVERA, | ) ) ) ) ) | |
| Defendants. | ) ) | |

Plaintiff's motion for abeyance [D.E. 66] is DENIED as moot in light of this court's order of July 16, 2010 [D.E. 64].

SO ORDERED. This 23 day of July 2010.

JAMES C. DEVER III
United States District Judge